UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:20-cv-00069-FDW

| MARY LORETTA PATRICK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ANDREW M. SAUL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Plaintiff's Complaint (Doc. No. 1) and Defendant's Motion for Remand (Doc. No. 15) to the Commissioner for further administrative proceedings. The Commissioner wishes to conduct further fact finding, including holding a new hearing. Plaintiff's counsel consents to the Government's Motion for Remand.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Therefore, Defendant's consent Motion to Remand (Doc. No. 15) is **GRANTED**. In light of the remand, the pending Consent Motion for Extension of Time (Doc. No. 12) and Motion for Summary Judgment (Doc. No. 13) are **DENIED AS MOOT**. The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: May 25, 2021

Frank D. Whitney
United States District Judge

1